**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MATTHEW ALARCON,

Plaintiff,

v. No. 25-cv-659-SMD-DLM

MICHELLE LUJAN GRISHAM, *et al.*,

Respondents.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE